```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :   ORDER
     - v. -                   :
                              :   S1 19 Cr. 563 (WHP)
VIRGILIO ACEVEDO DE LOS SANTOS,:
  a/k/a "Jairo Enrique Taveras,":
  a/k/a "Jairo Enrique Fernandez,":
  a/k/a "Jairo Taveras,"      :
  a/k/a "Jario Taveras,"      :
  a/k/a "Jean Paul Garcia-Mercado Jr.,":
  a/k/a "Edgar Rafael Cabrera,":
  a/k/a "Junior,"             :
                              :
          Defendant.          :
                              :
------------------------------X
```

WHEREAS, with the consent of defendant VIRGILIO ACEVEDO DE LOS SANTOS, a/k/a "Jairo Enrique Taveras," a/k/a "Jairo Enrique Fernandez," a/k/a "Jairo Taveras," a/k/a "Jario Taveras," a/k/a "Jean Paul Garcia-Mercado Jr.," a/k/a "Edgar Rafael Cabrera," a/k/a "Junior," the defendant's guilty plea allocution was taken before the United States Magistrate Judge on January 14, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
January 27, 2020

_____
HONORABLE WILLIAM H. PAULEY
UNITED STATES DISTRICT JUDGE