UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 19 Cr. 563 (WHP) |
| Virgilio Acevedo De Los Santos | : | ORDER |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The sentencing for defendant Virgilio Acevedo De Los Santos is re-scheduled to May 8, 2020 at 11:00 a.m.

Dated: March 13, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.