# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 23, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Virgilio Acevedo De Los Santos,
          19 Cr. 563 (WHP)**

Dear Judge Pauley:

    I write with the consent of the government to request that the Court adjourn Mr. Acevedo's sentencing, now scheduled for May 8, in light of the ongoing coronavirus pandemic, which has disrupted my preparations and communication with my client. Specifically, I request that sentencing be adjourned by approximately 30 days. I further request that it be scheduled for a Monday, Wednesday, or Friday morning, if possible, in order to preserve the possibility of proceeding by video.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

Application granted.  Sentencing adjourned to
June 10, 2020 at 10:30 a.m.
  SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

April 24, 2020