# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 19, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Virgilio Acevedo De Los Santos,
19 Cr. 563 (WHP)**

Dear Judge Pauley:

I write with the consent of the government to request that the Court again adjourn Mr. Acevedo's sentencing, now scheduled for June 10, in light of the ongoing coronavirus pandemic. Specifically, I request that sentencing be adjourned by approximately 45 days.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

Application granted. Sentencing adjourned to August 5, 2020 at 10:30 a.m.

SO ORDERED:

/signature/
WILLIAM H. PAULEY III
U.S.D.J.

May 20, 2020