# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 17, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   **United States v. Virgilio Acevedo De Los Santos,**
>         **19 Cr. 563 (WHP)**

Dear Judge Pauley:

I write with the consent of the government to request that the Court again adjourn Mr. Acevedo's sentencing, now scheduled for August 5, 2020. Mr. Acevedo has contracted COVID-19 at MCC and is now being held in quarantine. He hopes that he will have recovered and that it may be logistically feasible for him to appear in person for sentencing in September. Accordingly, and in consultation with the Court's deputy and with the government, I request that sentencing be adjourned to September 29, 2020, at 11:00 a.m.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

July 21, 2020