UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                                       :        19 Cr. 563 (WHP)

Virgilio Acevedo De Los Santos,            :        ORDER
                              Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will sentence the defendant on Friday, March 26, 2021 at 11:00 a.m. Links for the video conference will be provided separately to counsel. A public dial-in number will also be posted to the docket closer to sentencing.

Dated: January 19, 2021
       New York, New York

                                SO ORDERED:

                              _____
                                WILLIAM H. PAULEY III
                                   U.S.D.J.