UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

        -against-                                          :        19 Cr. 563 (WHP)

Virgilio Acevedo De Los Santos,                 :        ORDER
                            Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will sentence the defendant on Monday, March 22, 2021 at 9:00 a.m. Links for the video conference will be provided separately to counsel. A public dial-in number will also be posted to the docket closer to sentencing.

Dated:  January 21, 2021
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.