UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                     :

    -against-                                          :            19 Cr. 563 (WHP)

Virgilio Acevedo De Los Santos                 :            ORDER

                       Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    The sentencing for defendant Virgilio Acevedo De Los Santos is re-scheduled on consent to June 18, 2021 at 11:00 a.m.

Dated:  April 23, 2021
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.