UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                        :        19 Cr. 563 (WHP)

Virgilio Acevedo De Los Santos,          :        ORDER
                         Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing scheduled for defendant De Los Santos is adjourned to a date to be determined.

Dated: June 17, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.